UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: )
) Case Number **10-52401-705**
**JOHN COLE,** ) Chapter 7
) Hearing Date **March 3, 2011**
Debtor. ) Regarding Document Number **28**
)

## ORDER ON MOTION TO COMPROMISE CONTROVERSY

This matter coming before the Court on Robert J. Blackwell, Trustee's Motion to Compromise; Notice of Trustee's Motion having been provided to the Debtor, Debtor's attorney and all parties on the mailing matrix and no responses or objections having been received; upon a review of the Trustee's Motion, a review of the Court's record in this matter and for good cause shown;

**IT IS HEREBY ORDERED** that Trustee's Motion is approved and the Trustee is authorized to compromise the Estate's interest in the Debtor's stock for a total settlement of $2,000.00;

**IT IS FURTHER ORDERED** that said $2,000.00 is to be paid as follows: (a) $1,000.00 due on February 15, 2011; and (b) $1,000.00 due on March 15, 2011.

DATED: March 1, 2011  CHARLES E. RENDLEN, III
St. Louis, Missouri  United States Bankruptcy Judge
mks

Copies To:
**Order Prepared by:**
Steven N. Beck, Attorney for Robert J. Blackwell, Trustee
P.O. Box 310, O'Fallon, Missouri 63366-0310
(636)240-3632 / Fax (636)240-6803

United States Trustee's Office
111 South Tenth Street, Suite 6353, St. Louis, Missouri 63102

Mr. Thomas DeWoskin, Attorney for the Debtor
7701 Forsyth, Suite 800, St. Louis, MO 63105

John Cole
3501 Hwy C, Moscow Mills, MO 63362

dc6469.p