# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI

In Re: )
)
    John H Cole )     Case No. 10-52401-705
)     Chapter 7
)
)
    Debtor(s). )

## ORDER

Pursuant to Local Bankruptcy Rule 5005(A), this Court's Order adopting Revised Local Rules of Bankruptcy Procedures and Processes Manual, to be effective June 5, 2008, the Board of Judges has directed mandatory participation in the CM/ECF system for all attorneys.

The United States Bankruptcy Court for the Eastern District of Missouri received the following document(s) from you filed in **paper format.**

    Document(s): Proof of Claim

    Document Number(s): #10

**IT IS HEREBY ORDERED** that you are directed to **file all subsequent documents** in electronic format in accordance with the Court's Procedures Manual.

- If you have not yet registered for ECF, contact Joseph Van Horn, CM/ECF Analyst at (314) 244-4905, or register online at www.moeb.uscourts.gov, not later than 14 days from the date of this order.

- If you have not completed your CM/ECF training, contact Beth Pfister, Training Coordinator at 314-244-4606, not later than 14 days from the date of this order.

- If you are registered for ECF but require assistance, contact the CM/ECF Help Desk, toll free, at 1-866-803-9517. The Court will not accept from you any pleadings or documents submitted in paper format in any case 14 days after the date of this order.

- If you do not have a computer or Internet access, use the public computer and scanning facilities provided by the Court at its Intake counter during normal business hours (8:30 a.m. - 4:30 p.m.).

**IT IS FURTHER ORDERED** that after expiration of the time periods herein,  the Court will return to you as **UNFILED** any subsequent documents in any case submitted in paper format.


DATED:  May 27, 2011                                               CHARLES E. RENDLEN, III
St. Louis, Missouri                                                          United States Bankruptcy Judge
mks




Copies to: Noelle Cheeseman
                  1124 East Cherry St.
                  Troy, MO 63379-1518
Mailed this 27th day of May, 2011 by Mary Kay Schniedermeier, U.S. Bankruptcy Court, Deputy Clerk.